UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KATHERINE D. JOHNSON, et al.,

                Plaintiffs,                 **MEMORANDUM**

  - v -

                                                  CV-11-6359 (DLI)(VVP)

GLOBAL PROMOTION AND
PUBLISHING CORP., et al.,

                Defendants.
-----------------------------------------------------------------x

       In response to the court's order, counsel for the plaintiffs has submitted a letter attributing his absence at the conference held on April 24 to his failure to receive notice of the conference. His explanation is belied by the receipt reflected in the docket which indicates that notice was e-mailed to counsel's e-mail address of record, the same address at which he acknowledges having received the order directing him to provide an explanation for his failure to appear. Nevertheless, the court accepts counsel's assertion that his absence was not willful, and accordingly will enter no order requiring reimbursement of his adversary's fees at this time. Should counsel fail in the future to attend a scheduled conference, however, the court will impose costs for not only any such failure to appear, but for the failure on April 24 as well.

                                                        **SO ORDERED:**

                                                    *Viktor V. Pohorelsky*

Dated:     Brooklyn, New York         VIKTOR V. POHORELSKY
             May 2, 2012                United States Magistrate Judge